UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-60047 Bloom/Hunt

18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

DENNIS GONZALEZ,

Defendant.
_____/

FILED BY R.P.B.  D.C.

FEB 20 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times material to this Information:

1. Victim Organization 1 was a registered Florida corporation, located in Hollywood, Florida.

2. Defendant **DENNIS GONZALEZ** was a resident of Broward County, Florida, and was employed by Victim Organization 1 as a controller and bookkeeper.

3. Bank 1 was a financial institution headquartered in North Carolina.

4. Bank 2 was a financial institution headquartered in New York.

### COUNTS 1–6
(Wire Fraud)
18 U.S.C. § 1343

5. From in or about August 2022, through in or about January 2025, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DENNIS GONZALEZ,**

did knowingly, and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds.

## PURPOSE OF THE SCHEME AND ARTIFICE

6. The purpose of the scheme and artifice was for the defendant to unlawfully enrich himself by, among other things: (a) embezzling money from Victim Organization 1; and (b) using the illicit proceeds for his own personal use and benefit and to further the ongoing scheme.

## SCHEME AND ARTIFICE

The manner and means by which the defendant sought to accomplish the purpose of the scheme and artifice included, among other things, the following:

7. **DENNIS GONZALEZ** created three business bank accounts in his name to receive embezzled funds from Victim Organization 1.

8. **DENNIS GONZALEZ** used his position at Victim Organization 1 to assign the names of existing, high-value vendors of Victim Organization 1 to **GONZALEZ's** business accounts in Victim Organization 1's vendor payment system.

9. **DENNIS GONZALEZ** used his position at Victim Organization 1 to issue fraudulent Automated Clearing House payments, via interstate wire communication, from Victim Organization 1's accounts at Bank 1 to **GONZALEZ's** business accounts at Bank 2, which were disguised as payments to existing vendors.

10. During the scheme and artifice, **DENNIS GONZALEZ** fraudulently transferred to himself approximately $2,800,000 of Victim Organization 1's funds for his own personal benefit.

## USE OF WIRES

11. On or about the dates specified as to each Count below, in Broward County, in the Southern District of Florida, and elsewhere, **DENNIS GONZALEZ** did execute, and cause the execution of, the above-described scheme and artifice to defraud, as specified below:

| Counts | Approx. Date | Description of Wire |
|---|---|---|
| 1 | 10/17/2023 | An ACH payment in the amount of $26,340.09 from Victim Organization 1's Bank 1 account ending in 9827 to Bank 2 account ending in 2553. |
| 2 | 3/13/2024 | An ACH payment in the amount of $36,964.08 from Victim Organization 1's Bank 1 account ending in 9827 to Bank 2 account ending in 9201. |
| 3 | 8/27/2024 | An ACH payment in the amount of $36,871.80 from Victim Organization 1's Bank 1 account ending in 9946 to Bank 2 account ending in 8939. |
| 4 | 10/18/2024 | An ACH payment in the amount of $52,848.00 from Victim Organization 1's Bank 1 account ending in 9946 to Bank 2 account ending in 8939. |
| 5 | 11/6/2024 | An ACH payment in the amount of $42,365.24 from Victim Organization 1's Bank 1 account ending in 9946 to Bank 2 account ending in 8939. |
| 6 | 1/27/2025 | An ACH payment in the amount of $46,797.12 from Victim Organization 1's Bank 1 account ending in 9946 to Bank 2 account ending in 8939. |

In violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DENNIS GONZALEZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

*[signature] BRUCE O. BROWN*
FOR JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*[signature]*
TREVOR C. JONES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 26-CR-60047 Bloom/Hunt

v.

DENNIS GONZALEZ,

                         Defendant.
                                               /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [ ] Miami
- [ ] Key West
- [ ] FTP
- [x] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
List language and/or dialect: _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
TREVOR C. JONES
Assistant United States Attorney
FL Bar No.  92793

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: DENNIS GONZALEZ

Case No: 26-CR-60047 Bloom/Hunt

Counts #: 1-6

Wire Fraud, Title 18, United States Code, Section 1343

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): n/a
* Max. Supervised Release: 3 years
* Max. Fine: $250,000 or twice the gross gain or loss, whichever is greater.

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DENNIS GONZALEZ,<br><br>*Defendant* | )<br>)  Case No. 26-CR-60047 Bloom/<br>)                                  Hunt<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**CHAD PIOTROWSKI**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*